**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-cv-00434-LTB-MJW

UNITED STATES OF AMERICA *ex rel* DOUGLAS R. PHILLIPS,
        Plaintiff,

v.

H.V. ACQUISITION CORP., P.C.,
        Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal Without Prejudice (filed October 4, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                    Lewis T. Babcock, Chief Judge

DATED: October 5, 2005